NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar No 13644
District of Nevada
CHRISTOPHER D. BAKER
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Phone: 702-388-6336
Christopher.D.Baker@usdoj.gov

*Attorney for Plaintiff, United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19-cv-00427-GMN-GWF |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE HEARING** |
| BRIAN TUCKER, | (FIRST REQUEST) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between NICHOLAS A. TRUTANICH, United States Attorney; and CHRISTOPHER D. BAKER, Assistant United States Attorney, counsel for the United States of America, and Sylvia Irvin, Assistant Federal Public Defender, counsel for defendant BRIAN TUCKER, that the hearing currently scheduled for May 28, 2019 at 10:00 a.m., be continued to a date on or after June 28, 2019, or a date at the Court's convenience:

1. The parties have begun preliminary discussions toward a possible resolution of this matter that could render moot the subject hearing on defendant's motion pursuant to Rule 41(g).

2. In the event the parties are unable to resolve the matter, the government anticipates that counsel from the U.S. Attorney's Office for the Southern District of Indiana – where defendant has filed a similar Rule 41(g) motion – will seek to be cross-designated as a Special Assistant U.S. Attorney (SAUSA) to appear at the hearing. The SAUSA presently is out of the office an unable to appear for the hearing currently scheduled for May 28, 2019.

3. Accordingly, the parties stipulate that the ends of justice are best served by granting the continuance and rescheduling the hearing for a date on or after June 28, 2019, or a date at the Court's convenience.

DATED this 23d day of May, 2019.

NICHOLAS A. TRUTANICH
United States Attorney

/s/
CHRISTOPHER D. BAKER
Assistant United States Attorney

/s/
SYLVIA A. IRVIN
Counsel for Defendant Brian Tucker

```
1                    UNITED STATES DISTRICT COURT
                          DISTRICT OF NEVADA
2                                -oOo-

3   UNITED STATES OF AMERICA,        )
                                     )  Case No.: 2:19-cv-00427-LRH-GWF
4              Plaintiff,            )
                                     )  **ORDER**
5        vs.                         )
                                     )
6   BRIAN TUCKER,                    )
                                     )
7              Defendant.            )
                                     )
8   _____)

9                                  ORDER

10       Based on the pending Stipulation of counsel, and good cause appearing therefore, the

11  Court finds that the ends of justice would best be served if the hearing on defendant's pending

12  motion pursuant to Rule 41(g) be continued.

13       WHEREFORE, IT IS ORDERED that the hearing scheduled for May 28, 2019 at

14  10:00 a.m. be vacated and continued to Thursday, July 11, 2019, at 10:00 a.m.

15       IT IS FURTHER ORDERED that Mr. Tucker may appear by telephone for the

16  Status Hearing scheduled on July 11, 2019, at 10:00 a.m. (PST). Mr. Tucker may use

17  telephone number (877) 402-9753 with passcode 2843316#. Please call in 5 minutes prior

18  to the start ofthe hearing.

19       DATED this  24   day of May, 2019.

                                              _____
                                              UNITED STATES DISTRICT JUDGE
```

1