RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
SYLVIA A. IRVIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorney for Brian Tucker

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>BRIAN TUCKER,<br><br>        Defendant. | Case No. 2:19-cv-00427-GMN-GWF<br><br>**Stipulation to Continue Telephonic Status Hearing (Second Request)** |

It is stipulated and agreed to by United States Attorney Nicholas A. Trutanich, Assistant United States Attorney Christopher D. Baker, and Assistant United States Attorney John Childress, Deputy Chief, Civil Division, Southern District of Indiana, counsel for the United States of America, and Federal Public Defender Rene L. Valladares and Assistant Federal Public Defender Sylvia A. Irvin, counsel for Brian Tucker, that this Court continue the Telephonic Status Hearing for at least 30 days to a date and time convenient for this Court.

This Stipulation is entered into for the following reasons:

1.    Mr. Tucker is in BOP custody at FCI Otisville in New York. He is currently serving a lengthy prison sentence and is scheduled to be released in 2032.

2.    The Court first appointed the Federal Public Defender to represent Mr. Tucker at an initial appearance in Case No. 2:15-mj-00012-GWF-1, ECF No. 4. The initial appearance

was a Federal Rule of Criminal Procedure 5(c)(3) proceeding on an Indictment filed in the Southern District of Indiana. *See id.*, ECF Nos. 1, 2. Mr. Tucker was detained and subsequently transported to the Southern District of Indiana. *See id.*, ECF No. 6.

3. Following Mr. Tucker's conviction in the Southern District of Indiana, he filed a motion for return of property in the District of Nevada, and this Court set a status hearing on the civil forfeiture issue. ECF Nos. 1, 5.

4. Mr. Tucker called the FPD to ask for assistance in appearing for the status hearing by telephone and this Court granted the request. ECF Nos. 7-8.

5. The parties then asked the Court for more time to resolve the civil forfeiture matter, and the Court granted the request and rescheduled the status hearing to July 11, 2019. ECF Nos. 10-11.

6. Undersigned defense counsel has been in contact with AUSA John Childress in the Southern District of Indiana in an effort to assist Mr. Tucker in resolving this matter. However, Mr. Tucker was injured while in BOP custody, and because of these injuries, defense counsel has been unable to speak to Mr. Tucker by email or telephone. Defense counsel has been in contact with Mr. Tucker's counselor and a legal call is scheduled for July 9, 2019.

7. To allow time for Mr. Tucker to recuperate and to consider the Government's proposed resolution, counsel asks the Court to continue the status hearing for at least 30 days.

8. The Government is not opposed to a continuance of this hearing or to allow Mr. Tucker to appear by telephone for the hearing.

1 | 9. This is the second request to continue the status hearing.

DATED this 8th day of July, 2019.

| RENE L. VALLADARES | NICHOLAS A. TRUTANICH |
| Federal Public Defender | United States Attorney |

By: *Sylvia A. Irvin*   By: *Christopher D. Baker*
SYLVIA A. IRVIN   CHRISTOPHER D. BAKER
Assistant Federal Public Defender   Assistant United States Attorney

By: *John Childress*
JOHN CHILDRESS
Deputy Chief, Civil Division
Southern Division of Indiana

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRIAN TUCKER,

    Defendant.

Case No. 2:19-cv-00427-GMN-GWF

<u>FINDINGS OF FACT AND ORDER</u>

## **FINDINGS OF FACT**

Based on the Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Mr. Tucker is in BOP custody at FCI Otisville in New York. He is currently serving a lengthy prison sentence and is scheduled to be released in 2032.

2. The Court appointed the Federal Public Defender to represent Mr. Tucker at an initial appearance in Case No. 2:15-mj-00012-GWF-1, ECF No. 4. The initial appearance was a Federal Rule of Criminal Procedure 5(c)(3) proceeding on an Indictment filed in the Southern District of Indiana. *See id.*, ECF Nos. 1, 2. Mr. Tucker was detained and subsequently transported to the Southern District of Indiana. *See id.*, ECF No. 6.

3. Following Mr. Tucker's conviction in the Southern District of Indiana, he filed a motion for return of property in the District of Nevada, and this Court set a status hearing on the civil forfeiture issue. ECF Nos. 1, 5.

4. Mr. Tucker called the FPD to ask for assistance in appearing for the status hearing by telephone and this Court granted the request. ECF Nos. 7-8.

5. The parties then asked the Court for more time to resolve the civil forfeiture matter, and the Court granted the request and rescheduled the status hearing to July 11, 2019. ECF Nos. 10-11.

6. Undersigned defense counsel has been in contact with AUSA John Childress in the Southern District of Indiana in an effort to assist Mr. Tucker in resolving this matter. However, Mr. Tucker was injured while in BOP custody, and because of these injuries, defense counsel has been unable to speak to Mr. Tucker by email or telephone. Defense counsel has been in contact with Mr. Tucker's counselor and a legal call is scheduled for July 9, 2019.

7. To allow time for Mr. Tucker to recuperate and to consider the Government's proposed resolution, counsel asks the Court to continue the status hearing for at least 30 days.

8. The Government is not opposed to a continuance of this hearing or to allow Mr. Tucker to appear by telephone for the hearing.

**ORDER**

IT IS THEREFORE ORDERED that the Status Hearing currently scheduled for July 11, 2019, at 10:00 a.m., be rescheduled to Friday, August 16, 2019, 2019, at 10:30 a.m.

IT IS FURTHER ORDERED that Mr. Tucker may appear by telephone for the Status Hearing. Defense counsel shall arrange for Defendant to contact the Court via the Court's conference ine at (877) 402-9753 with passcode 2843316#. Defendant shall call no less than five (5) minutes prior to the start of the hearing.

DATED this __9__ day of July, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE